No. 3369. TUDOR *v.* BROADUS, April Term, 1894. Consent order remanding case to the Circuit Court, with directions to pass upon a stated question, April 25, 1894.